**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jeffrey Coreinn STORY, Defendant–Appellant.**

**No. 15–10828**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 13, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jeffrey Coreinn Story Fort Worth, TX, pro se.

James Matthew Wright, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jeffrey Coreinn Story has

determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Story has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.